IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
FILED

JAN 18 1994

Michael N. Milby, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> PLAINTIFF § <br> § <br> V. § <br> § <br> FABIAN SERNA-TREVINO, and § <br> GUADALUPE SERNA, § <br> DEFENDANTS § | CRIMINAL NO. M-94-013 |

## INDICTMENT

THE GRAND JURY CHARGES:

### Count One

On or about January 4, 1994, in the Southern District of Texas, and within the jurisdiction of the Court, Defendant, FABIAN SERNA-TREVINO, previously having been arrested on a charge of violating Title 21 and Section 841(a)(1) of U.S. Code, a felony punishable by imprisonment for a term of fifteen years of more, and having been released from custody pursuant to the provisions of Chapter 207, Title 18, United States Code, on the condition that he appear in the United States District Court at McAllen, Texas, in connection with said charges, did knowingly fail to appear as required. [Violation: Title 18, United States Code, Sections 3146(a)(1) and 3146(b)(1)(A)(i)]

## Count Two

On or about January 4, 1994, in the Southern District of Texas, and within the jurisdiction of the Court, Defendant,

GUADALUPE SERNA,

previously having been arrested on a charge of violating Title 21 and Section 841(a)(1) of U.S. Code, a felony punishable by imprisonment for a term of fifteen years of more, and having been released from custody pursuant to the provisions of Chapter 207, Title 18, United States Code, on the condition that she appear in the United States District Court at McAllen, Texas, in connection with said charges, did knowingly fail to appear as required. [Violation: Title 18, United States Code, Sections 3146(a)(1) and 3146(b)(1)(A)(i)]

_____
FOREMAN

GAYNELLE GRIFFIN JONES
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY